UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. **10-80087-CR-ZLOCH/ROSENBAUM**

33 U.S.C. § 1311(a)
33 U.S.C. § 1319(c)(2)(A)
33 U.S.C. § 1344
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

PALM BEACH POLO HOLDINGS, INC. and
GLENN STRAUB,

     Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

### THE DEFENDANTS

1. Defendant **PALM BEACH POLO HOLDINGS, INC.**, was a Florida Corporation with its principal place of business located in the Village of Wellington, in Palm Beach County Florida.

2. **PALM BEACH POLO HOLDINGS, INC.** was the owner of a parcel of land within the Wellington Country Place Planned Unit Development (PUD), known as Peacock Pond, located in Section 21, Township 44 South, Range 41 East, Village of Wellington, Palm Beach County, Florida.

3. **PALM BEACH POLO HOLDINGS, INC.** was also the owner of a parcel of land

within the Wellington Country Place PUD, known as Parcel F and POD F, located in Section 20, Township 44 South, Range 41 East, Village of Wellington, Palm Beach County, Florida.

4.  Defendant **GLENN STRAUB**, a resident of Palm Beach County, Florida, was the President and key responsible corporate officer of **PALM BEACH POLO HOLDINGS, INC.**, and made all significant business decisions for the company.

## COUNT 1
## UNLAWFUL DISCHARGE OF FILL INTO WATERS OF UNITED STATES
## (33 U.S.C. §§ 1311(a), 1319(c)(2)(A))

1.  Paragraphs 1, 2 and 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.  From in or around June 22, 2005, through in or around June 23, 2005, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**PALM BEACH POLO HOLDINGS, INC. and
GLENN STRAUB,**

did knowingly discharge, cause to be discharged, and aid and abet the discharge of pollutants, from a point source into waters of the United States, including wetlands within the area of Peacock Pond, located in Section 21, Township 44 South, Range 41 East, Village of Wellington, Palm Beach County, Florida, without a permit issued pursuant to Title 33, United States Code, Section 1344(a).

In violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A), and Title 18, United States Code, Section 2.

2

## COUNT 2
## UNLAWFUL DISCHARGE OF FILL INTO WATERS OF UNITED STATES
### (33 U.S.C. §§ 1311(a), 1319(c)(2)(A))

1. Paragraphs 1, 3 and 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around June 22, 2005, through in or around July 20, 2005, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**PALM BEACH POLO HOLDINGS, INC. and
GLENN STRAUB,**

did knowingly discharge, cause to be discharged, and aid and abet the discharge of pollutants, from a point source into waters of the United States, including wetlands within the area of Parcel F, also known as POD F, located in Section 20, Township 44 South, Range 41 East, Village of Wellington, Palm Beach County, Florida, without a permit issued pursuant to Title 33, United States Code, Section 1344(a).

In violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JOSE A. BONAU
ASSISTANT U.S. ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| PALM BEACH POLO HOLDINGS, INC., and GLENN STRAUB, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____/ | Case Information: |

**Court Division:** (Select One)

New Defendant(s)         Yes _____  No _____
Number of New Defendants _____
Total number of counts _____

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take  _12_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days    _____          Petty    _____
   II   6 to 10 days   _____          Minor    _____
   III  11 to 20 days  _X_            Misdem.  _____
   IV   21 to 60 days  _____          Felony   _X_
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   _X_ No

_____
JOSE A. BONAU
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0389714

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __PALM BEACH POLO HOLDINGS, INC.__

Case No: _____

Counts #: 1 - 2

__Unlawful Discharge of Fill Into Waters of the United States__

__31 U.S.C. §§ 1311(a); 1319(c)(2)(A) and 1344__

* Max. Penalty: $50,000 per day or $500,000 whichever is greater as per each count.

Count #:

_____

_____

*Max. Penalty: _____

Count #:

_____

_____

*Max. Penalty: _____

Count #:

_____

_____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __GLENN STRAUB_____

Case No: _____

Counts #: 1 - 2

__Unlawful Discharge of Fill Into Waters of the United States_____

__31 U.S.C. §§ 1311(a); 1319(c)(2)(A) and 1344_____

* Max. Penalty: 3 Years' imprisonment as per each count

Count #:

_____

_____

*Max. Penalty: _____

Count #:

_____

_____

*Max. Penalty: _____

Count #:

_____

_____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.